**FILED**

JN  JAN 1 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 0024 |
| | ) | |
| v. | ) | Violation: Title 18, United States Code, Section 2113(b) |
| | ) | |
| RONALDO A. MURALLES | ) | |

JUDGE ZAGEL

MAGISTRATE JUDGE COLE

The UNITED STATES ATTORNEY charges:

On or about April 26, 2006, at Rosemont and elsewhere, in the Northern District of Illinois, Eastern Division,

RONALDO A. MURALLES,

defendant herein, did take and carry away, with intent to steal and purloin, money exceeding $1,000, but not exceeding $10,000, belonging to, and in the care, custody, control, management and possession of, Banco Popular, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(b).

_____
UNITED STATES ATTORNEY