# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 24 | **DATE** | 1/30/2008 |
| **CASE TITLE** | UNITED STATES vs. RONALDO A. MURALLES | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant waives indictment and enters a plea of guilty to the information. Defendant informed of his rights. Plea accepted and a judgment of guilty entered on Count 1 of the information. Presentence investigation report ordered. Sentencing set for 4/9/2008 at 2:00 p.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | DW |
|---|---|---|