C.H.

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

RONALDO A. MURALLES

Judge James B. Zagel

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 024

I, ___Ronaldo A. Muralles___, the above named defendant, who is accused of, on or about April 26, 2006, at Rosemont and elsewhere, in the Northern District of Illinois, Eastern Division, taking and carrying away, with intent to steal and purloin, money exceeding $1,000, but not exceeding $10,000, belonging to, and in the care, custody, control, management and possession of, Banco Popular, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(b);

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on ___January 30, 2008___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer

**FILED**

JAN 3 0 2008
Jan 30 2008
JUDGE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT