# UNITED STATES DISTRICT COURT

___NORTHERN___ DISTRICT OF ___ILLINOIS, EASTERN DIVISION___

| | |
|---|---|
| UNITED STATES OF AMERICA | Judge James B. Zagel |
| | **WAIVER OF APPELLATE AND COLLATERAL RIGHTS** |
| v. | |
| RONALDO A. MURALLES | CASE NUMBER: 08 CR 024 |

I, ___Ronaldo A. Muralles___, the above named defendant, hereby waive in open court on ___January 30, 2008___ all appellate issues that might have been available if I had exercised my right to trial. I am aware that Title 18, United States Code, Section 3742 affords a defendant the right to appeal his conviction and the sentence imposed. Acknowledging this, I knowingly waive the right to appeal my conviction and any part of the sentence (or the manner in which that sentence was determined), including any term of imprisonment and fine within the maximums provided by law in exchange for the concessions made by the United States in this case. In addition, I also waive my right to challenge my conviction and sentence, and the manner in which the sentence was determined, in any collateral attack or future challenge, including but not limited to a motion brought under Title 28, United States Code, Section 2255. This waiver does not apply to a claim of involuntariness, or ineffective assistance of counsel, which relates directly to this waiver or to its negotiation.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

**FILED**

JAN 3 0 2008
Jan 30 2008
JUDGE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT