CH

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**FILED**

In the Matter of
USA
v.
Muralles

JAN 3 0 2008
Jan 30 2008
JUDGE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT

Case Number:   08 CR 024

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ronaldo Muralles

**FILED**

JAN 3 0 2008

JUDGE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Robert D. Seeder | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Ann D Seeder | |
| FIRM  FEDERAL DEFENDER PROGRAM | |
| STREET ADDRESS  55 E. Monroe Street, Suite 2800 | |
| CITY/STATE/ZIP  Chicago, Illinois   60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER  312/621-8300 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES ☒   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES ☐   NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES ☒   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☒